UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| BLOCK MINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOSTING SOURCE, LLC, <br><br> Defendant. | CASE NO. C24-0319JLR <br><br> ORDER |

Before the court is Plaintiff Block Mining, Inc.'s ("Block Mining") response to the court's order to show cause why this matter should not be dismissed for lack of subject matter jurisdiction.  (Resp. (Dkt. # 9); *see also* OSC (Dkt. # 8).)  The court ordered Block Mining to provide it with additional information regarding the citizenship of Defendant Hosting Source, LLC's ("Hosting Source") members in order to establish that Hosting Source is completely diverse from Block Mining.  (OSC at 2 (first citing *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); and then citing Local Rules W.D. Wash. LCR 8(a)); *see also* Compl. (Dkt. # 1) at 3 (alleging that Block

ORDER - 1

Mining is a citizen of Delaware and Illinois and Hosting Source "is a Washington limited liability company with its principal place of business in Spokane, Washington").)

Block Mining timely responded to the court's show cause order. (*See generally* Resp.)  In its response, Block Mining alleges that Hosting Source has one member:  Joe Teegarden (also known as Kamia Teegarden), a citizen of California.  (*Id.* at 1-3; Wolf Decl. (Dkt. # 10) ¶¶ 2-8.)  Based on the court's review of the record at this time, the court concludes that Block Mining has adequately alleged complete diversity of citizenship between the parties such that the court may exercise subject matter jurisdiction over this case.  Accordingly, the court DISCHARGES its order to show cause (Dkt. # 8).[1]

Dated this 12th day of March, 2024.

JAMES L. ROBART
United States District Judge

---

[1] This order shall not be construed as waiving the requirement that Hosting Source, upon appearing in this action (*see generally* Notice (Dkt. # 11)), file a corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.  *See* Fed. R. Civ. P. 7.1 (governing corporate disclosure statements); Local Rules W.D. Wash. LCR 7.1(b) (requiring identification of citizenship of LLC members in the corporate disclosure statement).

ORDER - 2