UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., | CASE NO. C24-0319JLR |
| Plaintiff, | ORDER |
| v. | |
| HOSTING SOURCE, LLC, | |
| Defendant. | |

Before the court is Plaintiff Block Mining, Inc.'s ("Block Mining") motion to waive Local Civil Rule 83.1(d)(2)'s requirement that local counsel maintain a physical office in this District. (Mot. (Dkt. # 6)); *see also* Local Rules W.D. Wash. LCR 83.1(d)(2). The deadline to respond to the motion has passed and Defendant Hosting Source, LLC ("Hosting Source") has not filed any opposition papers.[1] (*See generally* Dkt.) Accordingly, the court exercises its discretion to rule on the motion before the

---

[1] The court construes Hosting Source's failure to timely respond as "an admission that the motion has merit." *See* Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 1

noting date. *See* Fed. R. Civ. P. 1 (stating that the Federal Rules of Civil Procedure should be construed "to secure the just, speedy, and inexpensive resolution of every action and proceeding").

The court has reviewed Block Mining's motion and concludes that waiver is appropriate. The court therefore GRANTS Block Mining's motion to waive the physical office requirement of LCR 83.1(d)(2) (Dkt. # 6).

Dated this 26th day of March, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2