UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOSTING SOURCE, LLC, <br><br> Defendant. | CASE NO. C24-0319JLR <br><br> ORDER |

The court is in receipt of Defendant Hosting Source, LLC's ("Hosting Source") motion to dismiss Plaintiff Block Mining, Inc.'s complaint. (MTD (Dkt. # 25).) Hosting Source's motion, however, does not comply with the court's Local Civil Rules. Local Civil Rule 7(e) sets word count limits for motions and briefs and requires that the filing "include the certification of the signer as to the number of words, substantially as follows: 'I certify that this memorandum contains ____ words, in compliance with the Local Civil Rules.'" *See* Local Rules W.D. Wash. LCR 7(e)(3) (setting a limit of 8,400 words for motions to dismiss); *id.* LCR 7(e)(6) (setting forth the certification

ORDER - 1

requirement).  Although Hosting Source's motion to dismiss does not comply with the Local Civil Rules, the court will accept the filing in this instance.

In addition, the court notes that Hosting Source was required to file a corporate disclosure statement by no later than March 18, 2024, pursuant to this District's Local Civil Rules and the Federal Rules of Civil Procedure.  (*See* 3/11/24 Notice; 3/12/24 Order (Dkt. # 12) at 2 n.1); *see also* Local Rules W.D. Wash LCR 7.1; Fed. R. Civ. P. 7.1.  To date, Hosting Source has failed to file the required corporate disclosure statement.  (*See generally* Dkt.)

The court ORDERS Hosting Source to file a corporate disclosure statement by no later than **April 8, 2024**.  Failure to timely do so may result in sanctions.  The court further DIRECTS counsel for Hosting Source to carefully review the current version of the Local Civil Rules on the court's website at https://www.wawd.uscourts.gov/local-rules-and-orders.  Failure to follow the Local Civil Rules in the future may result in non-compliant motions or briefs being stricken from the docket.

Dated this 1st day of April, 2024.

JAMES L. ROBART
United States District Judge