The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., f/k/a BLOCKWARE MINING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOSTING SOURCE, LLC,<br><br>Defendant. | CASE NO. C24-0319JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S AMENDED COUNTERCLAIM AND DEADLINE TO RESPOND TO DISCOVERY REQUESTS**<br><br>NOTE ON MOTION CALENDAR:<br>July 17, 2024 |

Subject to the Court's approval, Plaintiff Block Mining, Inc. ("Plaintiff") and Defendant Hosting Source, LLC ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff's response to Defendant's Amended Counterclaim (Dkt. 50) is due August 2, 2024.

2. Defendant's responses to Plaintiff's discovery requests (First Set of Interrogatories, Requests for Production, and Requests for Admission) dated June 13, 2024, are due July 29, 2024.

3. Good cause for these extensions exists to allow the Parties sufficient time to prepare their respective responses, and because both Parties agree to these extensions and will suffer no resulting prejudice from the extensions.

STIPULATED MOTION & [PROPOSED] ORDER - 1
C24-0319JLR

MCDERMOTT WILL & EMERY LLP
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

4.  This stipulation does not alter dates or schedules previously set by this Court in the current scheduling order.

5.  The parties respectfully ask the Court to enter an order effectuating this stipulation.

DATED: July 17, 2024

| **MCDERMOTT WILL & EMERY LLP** | **REDEN | RIDDELL** |
|---|---|
| By: *s/ Daniel-Charles Wolf*<br>Daniel-Charles V. Wolf, WSBA #48211<br>444 W. Lake St., Ste. #4000<br>Chicago, IL 60606-0029<br>(312) 372-2000<br>dcwolf@mwe.com<br><br>Joseph B. Evans, ADMITTED *PRO HAC VICE*<br>M. Elias Berman, ADMITTED *PRO HAC VICE*<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5400<br>jbevans@mwe.com<br>eberman@mwe.com<br><br>*Attorneys for Plaintiff* | By: *s/ Stepheney R. Windsor*<br>Justin G. Reden, ADMITTED *PRO HAC VICE*<br>Stepheney R. Windsor, ADMITTED *PRO HAC VICE*<br>16885 Via Del Campo Ct., Suite 320<br>San Diego, CA 92127<br>Telephone: (619) 758-3869<br>Email: swindsor@redenriddell.com<br>jreden@redenriddell.com<br><br>*Attorneys for Defendant*<br><br>**SMITH ALLING, P.S.**<br><br>By:  *s/ Tyler Shillito*<br>Kelly DeLaat- Maher, WSBA No. 26201<br>C. Tyler Shillito, WSBA No. 36774<br>1501 Dock Street<br>Tacoma, WA 94802<br>Telephone: (253) 627-1091<br>Facsimile: (253) 627-0123<br>Email: kelly@smithalling.com<br>tyler@smithalling.com<br><br>*Attorneys for Defendant* |

STIPULATED MOTION & [PROPOSED] ORDER - 2
C24-0319JLR

MCDERMOTT WILL & EMERY LLP
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

**IT IS SO ORDERED**

Dated: July 17, 2024

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATED MOTION &
[~~PROPOSED~~] ORDER - 3
C24-0319JLR

MCDERMOTT WILL & EMERY LLP
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000