UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOSTING SOURCE, LLC, <br><br> Defendant. | CASE NO. C24-0319JLR <br><br> ORDER |

Before the court is the parties' second stipulated motion to continue the trial date in this case. (Mot. (Dkt. # 61).) The court has considered the parties' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court GRANTS the parties' motion to continue the trial date.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the trial schedule "may only be modified for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). For purposes of Rule 16, the "good cause" standard requires the parties to demonstrate that "noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [the

parties'] diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference[.]" *Scarlett v. Doe*, C19-1418JLR, 2020 WL 13517858, at *1 (July 20, 2020). Furthermore, the court's scheduling order states that the dates are "firm" and that "[t]he court will alter these dates only upon good cause shown[.]" (6/27/24 Order (Dkt. # 49).)

The parties submit that "good cause" exists for the requested continuance because they "require additional time to complete discovery and prepare for trial" in light of the additional motions practice that occurred over the summer, and "a number of discovery-related issues requiring conferral toward resolution . . . have arisen since entry of the current scheduling order." (Mot. at 1-2.) The court concludes that the parties have demonstrated good cause to continue the trial date.

For the above reasons, the court GRANTS the parties' motion to continue the trial date. The court DIRECTS the Clerk to continue the trial date to February 2, 2026 and to reset all other deadlines that have not yet passed in accordance with this order.

Dated this 22nd day of November, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2