Justin G. Reden, CA Bar No. 230068
REDEN | RIDDELL
16885 Via Del Campo Court, Suite 320
San Diego, CA 92127
Telephone: (619) 758-3869
Facsimile: (800) 746-5015
Email: *jreden@redenriddell.com*
Email: swindsor@*redenriddell.com*

C. Tyler Shillito, WA Bar No.:
Smith Alling, P.S.
1501 Dock Street
Tacoma, WA 98402

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| BLOCK MINING, INC., f/k/a/ BLOCKWARE MINING, INC.,<br><br>Plaintiffs,<br>vs.<br><br>HOSTING SOURCE, LLC,<br><br>Defendants. | Case No. 24-cv-00319<br><br>**DECLARATION OF PAUL PEDERSON OF HIS EXPERT REPORT** |

**DECLARATION OF PAUL PEDERSON**

I, Pail Pederson, declare as follows:

1. I was retained in this matter on behalf of Hosting Source, LLC, to provide expert opinions regarding operations related to Bitcoin mining and valuation.

2. I have submitted my Expert Report and Rebuttal Expert Report in this matter.

3. A true, correct and authentic copy of the Expert Report and Rebuttal Report I prepared are attached to this Declaration for the Court's consideration.

4. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 10th day of November 2025.

Paul Pederson