# EXHIBIT A

PEDERSON ASSOCIATES, INC.

September 19, 2025

Justin Reden, Esq.
Reden | Riddell
16885 Via Del Campo Court
Suite 320
San Diego, California 92127

Tyler Shillito, Esq.
Smith Alling, P. S
1501 Dock Street
Tacoma, Washington 98402

**Re:** ***Block Mining, Inc. v. Hosting Source, LLC***
**USDC Western Washington at Seattle**
**Case No. C24-0319 JLR**

Counsel:

You requested on behalf of your client, Hosting Source, LLC "(HS"), that I review and comment on the periodic credit calculations proffered by HS to Block Mining, Inc.("BM") during the term in which they operated under an ongoing business relationship.

I understand BM has initiated a lawsuit against BM with a number of alleged causes of action. This letter discusses the periodic credit calculations between HS and BM and does not specifically address any other allegations between the parties at this time.

I further understand HS and BM appeared to have jointly operated in a business relationship in some capacity from around July 2021 through February 2024, or 32 months. In general, BM provided computers (aka "mining machines') that were placed at HS's facility in East Wenatchee, Washington. The computers were utilized to mine Bitcoin on behalf of BM. HS, in turn, provided the facility and power to house and operate BM's Bitcoin mining machines. In simple terms, HS's revenue from their portion of the combined efforts was to be reimbursed for the power utilized by the mining machines and a 20% share of the net profit generated by BM's Bitcoin mining machines.

The calculation of amounts due and owing to HS for power consumption and their 20% portion of the net profits was performed on a periodic basis (i.e., monthly). Generically, the aforementioned periodic credit calculations were generated as a means to compensate BM for periods in which their mining machines were not operating at full power, for whatever reasons, including unforeseen downtime, directed power reductions, etc.

Specifically, the parties performed profit calculations on a monthly basis. BM provided the daily underlying information on Bitcoin mining results and pricing of Bitcoin. HS provided information

on the monthly cost of power consumption by BM's mining machines. Utilizing the BM provided daily Bitcoin production and pricing, HS also generated the calculations of the periodic credit proffered to BM for less than full utilization of any BM mining machine during the specific period of measurement. I understand a programmatic reduction in production speed occurred in October 2023 that is a potentially in dispute between the parties. My review and analysis does not address this as a disputed item. Rather, this letter will only address if the programmatic reduction in speed is included in the calculations in a consistent manner.

As my investigation is still on-going, you should know my efforts, the results obtained, and the findings disclosed in this letter should be considered preliminary. If any additional relevant information is later disclosed that impacts on my review performed and results obtained to date, I will, upon request, review such information and, if appropriate, modify or update this transmittal accordingly.

You have represented to me and requested that I presume the following:

- The daily Bitcoin production and pricing values proffered by BM are supportable from BM's records and should be utilized on their face value in my review.
- HS's calculations of electricity consumption and cost are supportable from HS records and should be utilized on their face value in my review.
- BM's and HS's contributions to the periodic profit distribution calculations are to be accepted on their face value unless any obvious errors or misapplications are discovered in my review. This includes the periodic (monthly) credit calculations performed by HS that recognize less than optimum full production from all of BM's mining machines located at HS' facility.

You have not asked me, nor will I offer any opinions, as to:

- the actions or inactions of the various parties; or
- the validity of either parties' causes of action against each other.

My efforts and results obtained are discussed in the paragraphs that follow.

**Documents Reviewed to Date**

In performing my review and analysis, I have relied upon the documentation noted in Attachment I.

Justin Reden, Esq.
Reden | Riddell
Tyler Shillito, Esq.
Smith Alling, P. S

September 19, 2025

**Re:** ***Block Mining, Inc. v. Hosting Source, LLC***
**USDC Western Washington at Seattle**
**Case No. C24-0319 JLR**

**Overview**

As requested, I have reviewed the documentation provided to me to date, and in doing so my comments on the credit calculations proffered by HS to BM are the following:

- The periodic credit was performed and proffered by HS to BM on a monthly basis as part of the monthly reports shared between the two entities.
- The basis of HS' periodic monthly credit calculation includes the following elements –
  - HS assumes full Ph/S production from every BM mining machine in HS' facility, regardless of whether any mining machine is fully operational or not.
  - HS obtains the actual daily speed of Ph/S production from BM's mining pool -
    - The difference between these two amounts is then multiplied by the average daily value of Bitcoin mined for the particular day that is being measured. The daily value that is applied to any daily mining production shortage comes from BM.
  - The result of the daily calculations noted above is then summarized for the period of measurement (monthly).
    - These calculations are performed in detail on HS' Excel files titled as follows:
      - "Blockware [month][year] Hosting.xls"files. These files compare the full machine production to the actual production summarized on a daily basis.
      - "Reimbursing for BW Unplugged Machines [month][year].xls files. These files compare the full Ph/S productivity to the actual productivity and apply the daily production value to any shortfall. For any day in which there is a shortfall in productivity, the actual Bitcoin value mined for that day is then applied to the calculated shortfall to arrive at the value of any credit for that day. The daily shortfall values are then summarized and inserted into the periodic calculations of profit sharing. These calculations are included on the Hosting Source-Blockware Mining_Profit Share{month][year].xls files.
  - HS also accounts for the power costs that are billed to BW each month by assuming power consumption for all machines operating at full power, regardless of actual productivity.
  - HS adjusted these calculations to account for a programmatic slowdown starting in October 2023, which continued through the end of the operational relationship. Notwithstanding, the calculations remained the same as noted above except for an assumed lower level of expected productivity to which the actual productivity was measured.

As part of my efforts, I have held discussions with Mr. Joe Teegarden, HS representative, and reviewed the calculations in the following Excel workbook files –

- Blockware [month][year] Hosting.xls"files
- Reimbursing for BW Unplugged Machines [month][year].xls files

- Hosting Source-Blockware Mining_Profit Share{month][year].xls files.

I found the calculations to be consistent with that described above. The calculations take into consideration the following:

- The shortfall in production calculations account for any daily differences between optimum full productivity and actual productivity, regardless of reasons therefore.
- The calculations account for the incremental cost of power usage for any difference between optimum and actual productivity.
- The calculations properly account for the net impact on profitability for profit sharing purposes
- The calculations account for the programmatic reduction in speed (production) starting in October 2023 through the end of the business relationship.

**Conclusion**

You requested on behalf of your client, HS, that I review and comment on the periodic credit calculations proffered by HS to BM during the term in which they operated under an ongoing business relationship.

Based upon review of the documentation and representations provided to me, HS's credit calculations include correct logic, are supportable and are a reasonable representation of any net losses BW may have sustained from mining machine downtime for any reason during the period of measurement. I believe that no other adjustments for less than optimum mining machine productivity are warranted.

**Other Representations and Information**

As previously noted in this letter, you should know that my efforts, the results obtained, and the findings disclosed in this letter should be considered preliminary. If any additional relevant information is later disclosed that impacts on the review I have performed and results obtained to date, I will, upon request, review such information and, if appropriate, modify or update this transmittal accordingly.

You should further understand my efforts in reviewing this information do not constitute the preparation of any financial statements or "audit," and the only representations are those directly expressed in this transmittal.

Pederson Associates, Inc. is being compensated for assisting in this matter at its normal hourly rates. My hourly rate is currently $275 per hour. The actual amount charged is dependent upon both the time expended and hourly rate of the professional(s) involved. Pederson Associates, Inc. is also

being compensated on a cost reimbursable basis, with no markup, for any third-party out-of-pocket expenses incurred. Billings and payment thereof are not dependent upon the eventual outcome of this matter.

As part of this letter, Attachment II discloses my deposition and trial testimony for the period starting in 2021 through the latest date. My resume has been previously transmitted to you for separate disclosure. I have no prior publications.

This transmittal is solely for the current dispute regarding the subject matter and is not intended for any other use. Further, this transmittal should not be distributed to any parties other than those that are included in this action, and/or their representatives, without proper consent because any one of them may consider certain information contained herein to be proprietary and/or confidential.

Respectfully submitted,



Paul E. Pederson
President

Attachments

**Attachment I**

## Documents Reviewed

**Re:** ***Block Mining, Inc. v. Hosting Source, LLC***
**USDC Western Washington at Seattle**
**Case No. C24-0319 JLR**

- Pleadings –
    - Complaint, March 8, 2024
    - Defendant Holding Source, LLC's Answer, Affirmative Defenses and Counterclaim, March 29, 2024
        - Holding Source, LLC's Amended Counterclaim, June 28, 2024
    - Defendant's Reply to Plaintiff's Requests for Admission (set one), July 29, 2024
    - Defendant's Responses to Plaintiff's Interrogatory Requests and Requests for Production, August 27, 2024
    - Responses to Interrogatories (set one) propounded by Defendant Hosting Source, LLC to Plaintiff Block Mining, Inc. September 13, 2024
    - Responses to Requests for Production (set one) propounded by Defendant Hosting Source, LLC to Plaintiff Block Mining, Inc. September 13, 2024
    - Block Mining Document Production, BHD000001 – BHD000157

- Partnership Agreement – Teegarden / Wyatt
- PUD Utility Bills
    - Period dated 11/30/20
    - Period dated 12/28/21 through 4/26/24
- Folder titled "Blockware Accounting -
    - Excel Files from July 2021 through February 2024 with the following files –
        - Blockware [ Month, Year] Hosting
        - [Month, Year] Hosting Source – Blockware Mining-Profit Share
        - Reimbursing for Blockware Unplugged Machines [Month, Year]

        [Note – certain months in the period covered do not always have all three of the above listed files. No rationale has been provided as to why this is the case.]

- Excel Files titled -
    - Document Request No. 7
    - Daily Production Statistics 2021-01-30 to 2024-2-29

- Emails – Batch 1 through 19

**Attachment II**

# Paul E. Pederson

## Deposition Testimony
## 2021 – To-Date

**Washington State:**

*King County Superior Court -*

**Stan Schiff, M.D. v. Liberty Mutual, et al.**
**No 17-2- 11676-9 SEA** — March 9, 2021

**Parisien v. 80 South Jackson Condominium Assoc., et al.**
**No 20-2- 10799-9 SEA** — March 25, 2022

*Pierce County Superior Court -*

**Resource Transition Consultants, LLC v. Edwards** — March 9, 2023
**No. 21-2-04864-3**

*Thurston County Superior Court -*

**John J. Blaser v. Powell / Prime Development Group**
**No. 22-2-02202-34** — August 20, 2024

*Yakima County Superior Court*

**Racine v. City of Yakima, et al.** — November 20, 2024
**No. 21-2-01892-39**

*United States District Court -*
*Western Washington at Seattle –*

**Cosmos Granite (West) v. Minagrex Corporation**
**Case No. 2:19-cv-01697-RSM** — August 30, 2021

**Allstate Indemnity Co. v. Lindquist; JP Morgan Chase Bank**
**Case No. 2:20-cv-01508** — April 4, 2022

**Simkins v. New York Life / Illumifin, Corp**
**Case No. 2:23-cv-00578-JNW** — August 6, 2024

**Attachment II**

# Paul E. Pederson

## Trial Testimony
## 2021 – To-Date

**Washington State:**

***King County Superior Court –***

| | | |
|---|---|---|
| **Griffin Maclean, Inc. v. Hites / Neville, et al.** No 18-28257-8 SEA | March 2020 | Jury Trial |
| **Parisien v. 80 South Jackson Condominium Assoc., et al.** No 20-2- 10799-9 SEA | November 2022 | Jury Trial |

***Pierce County Superior Court -***

| | | |
|---|---|---|
| **Resource Transition Consultants, LLC v. Edwards** No. 21-2-04864-3 | May 2023 | Bench trial |