UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., | CASE NO. C24-0319JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOSTING SOURCE, LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of (1) Plaintiff Block Mining Inc.'s ("Block Mining") motion for voluntary dismissal and entry of judgment, and (2) Defendant Hosting Source LLC's ("Hosting Source") motions *in limine*. (MTD (Dkt. # 89); MIL (Dkt. # 88).) The court previously entered a minute order setting a January 6, 2026 deadline for the parties to file their responses to the opposing party's motions *in limine*, if any. (*See* Min. Order. (Dkt. # 77).) Because Block Mining moved to voluntarily dismiss the sole remaining

MINUTE ORDER - 1

1  triable issue of damages on its breach of contract claim, the court VACATES the motions

2  *in limine* response deadline and will reset the deadline, if appropriate, after it reviews

3  Hosting Source's response to Block Mining's motion.

4      The Clerk is DIRECTED to remove Hosting Source's motions *in limine* from the

5  motions calendar.

6      Filed and entered this  29th  day of December, 2025.

                      RAVI SUBRAMANIAN
                      Clerk of Court

                      s/ Ashleigh Drecktrah
                      Deputy Clerk

MINUTE ORDER - 2