UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLOCK MINING, INC., | CASE NO. C24-0319JLR |
| Plaintiff, | ORDER |
| v. | |
| HOSTING SOURCE, LLC, | |
| Defendant. | |

Before the court is Defendant Hosting Source, LLC's ("Hosting Source") motion for reconsideration of the court's December 16, 2025 order granting summary judgment in favor of Plaintiff Block Mining, Inc. ("Block Mining"). (MFR (Dkt. # 92); 12/16/25 Order (Dkt. # 87).) The court did not direct Block Mining to respond to the motion.[1] The court has considered Hosting Source's motion, the relevant portions of the record, and the governing law. Being fully advised, the court DENIES Hosting Source's motion.

---

[1] "No response to a motion for reconsideration shall be filed unless requested by the court." Local Rules W.D. Wash. LCR 7(h)(3).

ORDER - 1

1     "Motions for reconsideration are disfavored" and courts will "ordinarily deny such

2 motions in the absence of a showing of manifest error in the prior ruling or a showing of

3 new facts or legal authority which could not have been brought to its attention earlier

4 with reasonable diligence." *Id*. LCR 7(h)(1).  The court has reviewed Hosting Source's

5 motion and concludes that it has not identified manifest error or new facts or legal

6 authority which could not have been brought to the court's attention earlier with

7 reasonable diligence.  (*See generally* MFR.)  Hosting Source asserts that the court made

8 three errors in its December 16, 2025 order that warrant vacatur: (1) the court erred in

9 concluding that Hosting Source breached the Colocation Agreement and dismissing

10 Hosting Source's breach of contract counter-claim; (2) the court erred in imposing tort

11 liability where Hosting Source retained Block Mining's rigs after Block Mining defaulted

12 on its financing agreement; and (3) the court erred by relying on the report of Block

13 Mining's expert James P. Brennan to determine the damages award.  (*See generally id*.)

14 These arguments, however, are the same arguments Hosting Source presented to the court

15 in its original opposition to Block Mining's motion for summary judgment.  (*See* MSJ

16 Resp. (Dkt. # 82) at 4-11.)  Therefore, the court DENIES Hosting Source's motion.

    Dated this <u>5th</u> day of January, 2026.

                                                JAMES L. ROBART
                                               United States District Judge