The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

BLOCK MINING, INC., f/k/a
BLOCKWARE MINING, INC.,

Plaintiff,

v.

HOSTING SOURCE, LLC,

Defendant.

CASE NO. C24-0319-JLR

[PROPOSED] AMENDED ORDER
GRANTING PLAINTIFF'S MOTION
FOR  DISBURSEMENT OF COURT
REGISTRY FUNDS

This matter came before the Court on Plaintiff Block Mining, Inc. ("Block Mining")'s Motion for Relief from the Fed. R. Civ. P 62(a) Stay, Disbursement of Court Registry Funds, and Leave to Submit a Fee Petition (the "Motion") (Dkt. No. 100). The Court, having considered the Motion, Defendant's response, and the relevant record, and the parties' argument at the February 17, 2026 telephonic hearing, hereby ORDERS as follows:

1.       This Order SUPERSEDES the corresponding Order entered yesterday at Docket Number 121, which contains an incorrect dollar amount of the funds to be disbursed from the Court's registry.

[PROPOSED] AMENDED ORDER GRANTING MOTION - 1
FOR DISBURSEMENT OF COURT
REGISTRY FUNDS
CASE NO. C24-0319-JLR

MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

2.      Block Mining's Motion is GRANTED as to the request to Disburse Court Registry Funds. As to the remainder of the Motion, the Court RESERVES ruling and will address it by separate order.

3.      The Clerk of Court is AUTHORIZED and DIRECTED, upon receiving Block Mining's Tax ID and preferred mailing address, to draw a check on the funds deposited in the registry of this Court in the principal amount of $157,589.32, plus all accrued interest, payable to Block Mining and mail or deliver the check to Block Mining.

4.      This Order disposes of all funds currently held in the registry of the Court in this matter.

IT IS SO ORDERED.

DATED this  18th  day of February 2026

_____
Hon. James L. Robart, U.S. District Judge

PRESENTED BY:
By: *s/Daniel-Charles V. Wolf*_____
Daniel-Charles V. Wolf, WSBA #48211
444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mcdermottlaw.com

Joseph B. Evans, *ADMITTED PRO HAC VICE*
M. Elias Berman, *ADMITTED PRO HAC VICE*
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
jbevans@mcdermottlaw.com
eberman@mcdermottlaw.com
*Attorneys for Plaintiff*

[PROPOSED] AMENDED ORDER GRANTING MOTION - 2
FOR DISBURSEMENT OF COURT
REGISTRY FUNDS
CASE NO. C24-0319-JLR

MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000