The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

BLOCK MINING, INC., f/k/a
BLOCKWARE MINING, INC.,

      Plaintiff,

    v.

HOSTING SOURCE, LLC,

      Defendant.

Case No. C24-0319JLR

[PROPOSED] ORDER GRANTING
HOSTING SOURCE'S RENEWED
MOTION FOR APPROVAL OF A
SUPERSEDEAS BOND

This matter comes before the Court on Defendant Hosting Source, LLC's Motion for Approval of Supersedeas Bond.

Having considered the Motion, the accompanying Declaration, the supersedeas bond, and the record in this matter, and finding good cause, the Court hereby ORDERS as follows:

1. Defendant Hosting Source, LLC's Motion for Approval of Supersedeas Bond is granted.

2. Defendant Hosting Source, LLC is authorized to post a supersedeas bond in the amount agreed upon by the parties of $1,396,861.00, which the Court finds sufficient to secure the Judgment, including prejudgment interest awarded through entry of judgment, anticipated post-judgment interest during the pendency of the appeal, and a reasonable allowance for costs.

3.  The Court will consider requests for further supersedeas bonds as appropriate in response to future developments in this matter.

4.  Upon Defendant's posting of the approved supersedeas bond and the Clerk's acceptance thereof, enforcement of the Judgment is automatically stayed pursuant to Federal Rule of Civil Procedure 62(b) for the duration of the appeal, unless otherwise ordered by the Court.

5.  Upon entry of this Order, Defendant Hosting Source, LLC may file the supersedeas bond with the Clerk of Court in compliance with Local Civil Rule 65.1 and the Court's CM/ECF procedures.

IT IS SO ORDERED.

Dated this ___10th___ day of ___March_____, _2026_   _____

Hon. James L. Robart
U.S. District Judge

PRESENTED BY:

Justin G. Reden, CA Bar #230068
16885 Via Del Campo Court, Suite 320
San Diego, CA 92127
(619) 758-3869
jreden@redenriddell.com
Admitted *Pro Hac Vice*

Kelly DeLaat-Maher, WSBA #26201
C. Tyler Shillito, WSBA #36774
1501 Dock Street
Tacoma, WA 98402
(253) 627-1091
kelly@smithalling.com
tyler@smithalling.com